**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: ESTATE OF COLEEN S. TOMCIK :  No. 21 WAL 2022
:
:
PETITION OF: JEFFREY TOMCIK :  Petition for Allowance of Appeal
:  from the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 7th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.